Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20436−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Reuter                         LuAnn Reuter
   43 Lindbergh Pkwy                         43 Lindbergh Pkwy
   Waldwick, NJ 07463                        Waldwick, NJ 07463

Social Security No.:
   xxx−xx−4189                               xxx−xx−6019

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/15/17 at 10:30 AM

to consider and act upon the following:

**25** − Limited Objection to Application For Retention of Professional Barry Devens (related document:23 Application For Retention of Professional Barry Devens as Realtor Filed by Scott D. Sherman on behalf of LuAnn Reuter, William J. Reuter. Objection deadline is 10/24/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor William J. Reuter, Joint Debtor LuAnn Reuter) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

**26** − Limited Objection to Application For Retention of Professional Samuel Denburg, Esq. (related document:24 Application For Retention of Professional Samuel Denburg, Esq. as Special Counsel Filed by Scott D. Sherman on behalf of LuAnn Reuter, William J. Reuter. Objection deadline is 10/24/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor William J. Reuter, Joint Debtor LuAnn Reuter) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/24/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court