Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20436−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Reuter                                             LuAnn Reuter
   43 Lindbergh Pkwy                                             43 Lindbergh Pkwy
   Waldwick, NJ 07463                                            Waldwick, NJ 07463

Social Security No.:
   xxx−xx−4189                                                   xxx−xx−6019

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/15/17 at 10:30 AM

to consider and act upon the following:

*25* − Limited Objection to Application For Retention of Professional Barry Devens (related document:23 Application For Retention of Professional Barry Devens as Realtor Filed by Scott D. Sherman on behalf of LuAnn Reuter, William J. Reuter. Objection deadline is 10/24/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor William J. Reuter, Joint Debtor LuAnn Reuter) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

*26* − Limited Objection to Application For Retention of Professional Samuel Denburg, Esq. (related document:24 Application For Retention of Professional Samuel Denburg, Esq. as Special Counsel Filed by Scott D. Sherman on behalf of LuAnn Reuter, William J. Reuter. Objection deadline is 10/24/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor William J. Reuter, Joint Debtor LuAnn Reuter) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/24/17

                                                                 Jeanne Naughton
                                                                 Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 17-20436-RG
William J. Reuter                                                  Chapter 13
LuAnn Reuter
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 1                  Date Rcvd: Oct 24, 2017
                              Form ID: ntchrgbk           Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
db/jdb         +William J. Reuter,    LuAnn Reuter,    43 Lindbergh Pkwy,    Waldwick, NJ 07463-1326
cr             +U.S BANK NATIONAL ASSOCIATION,     Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:03:38
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    Manufacturers and Traders Trust Company, as trustee,
               on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Miriam Rosenblatt     on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Scott D. Sherman     on behalf of Joint Debtor LuAnn  Reuter ssherman@minionsherman.com
              Scott D. Sherman     on behalf of Debtor William J. Reuter ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```