UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, PL**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for Secured Creditor

KEVIN BUTTERY, Esq. (KB - 3800)

In Re:

**William J. Reuter**
    Debtor,

**LuAnn Reuter**
    Joint Debtor.

Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-20436-RG

Chapter:    7

Hearing Date: August 21, 2018 at 10:00 am

Judge:    Rosemary Gambardella

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

### ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: August 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtors: William J. Reuter and LuAnn Reuter
Case No.: 17-20436-RG
Caption of Order: **Order Vacating Stay**

---

Upon the motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS4 ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

87 Patty Lane, Stafford, NJ 08050

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Page 3
Debtors:      William J. Reuter and LuAnn Reuter
Case No.:     17-20436-RG
Caption of Order:   **Order Vacating Stay**

---

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.