UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, PL**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for Secured Creditor

KEVIN BUTTERY, Esq. (KB - 3800)

In Re:

**William J. Reuter**
    Debtor,

**LuAnn Reuter**
    Joint Debtor.

Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-20436-RG

Chapter: 7

Hearing Date: August 21, 2018 at 10:00 am

Judge: Rosemary Gambardella

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: August 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtors:    William J. Reuter and LuAnn Reuter
Case No.:   17-20436-RG
Caption of Order:   **Order Vacating Stay**

---

Upon the motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS4 ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

87 Patty Lane, Stafford, NJ 08050

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

17-20436-RG
17-076029
Order Vacating Stay

Certificate of Notice    Page 3 of 4

Page 3
Debtors:       William J. Reuter and LuAnn Reuter
Case No.:      17-20436-RG
Caption of Order:   **Order Vacating Stay**

---

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

17-20436-RG
17-076029
Order Vacating Stay

United States Bankruptcy Court
District of New Jersey

In re:  
William J. Reuter  
LuAnn Reuter  
     Debtors

Case No. 17-20436-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 23, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.  
db/jdb        +William J. Reuter,    LuAnn Reuter,    43 Lindbergh Pkwy,    Waldwick, NJ 07463-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     Manufacturers and Traders Trust Company, as trustee,  
          on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Kevin M. Buttery     on behalf of Creditor     U.S BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Miriam Rosenblatt     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,  
          mrosenblatt@rasflaw.com  
         Miriam Rosenblatt     on behalf of Creditor     U.S BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,  
          mrosenblatt@rasflaw.com  
         Scott D. Sherman     on behalf of Joint Debtor LuAnn Reuter ssherman@minionsherman.com  
         Scott D. Sherman     on behalf of Debtor William J. Reuter ssherman@minionsherman.com  
         Steven P. Kartzman     on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,  
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         Steven P. Kartzman     kartztee@optonline.net,  
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                     TOTAL: 10