UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
WILLIAM J. REUTER and  
LUANN REUTER, Debtor(s).

Case No.: 17-20436

Chapter 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on *October 29, 2019 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3E. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 43 Liberty Parkway, Waldwick, NJ

Value of property: $ 330,000

Less about 10% costs of sale: $ 33,000

Liens on property: $ 220,000 (1st Mortgage)
$ 118,000 (2nd Mortgage)

Amount of equity claimed as exempt: $ 0

Objections must be served on, and requests for additional information directed to:

Name: Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address: 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone: 973.267.0220

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-20436-RG
William J. Reuter                                               Chapter 7
LuAnn Reuter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Sep 25, 2019
                              Form ID: pdf905          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
```
db/jdb         +William J. Reuter,   LuAnn Reuter,   43 Lindbergh Pkwy,   Waldwick, NJ 07463-1326
aty            +Mellinger, Sanders & Kartzman, LLC as Attorney,   101 Gibraltar Drive,   Suite 2F,
                 Morris Plains, NJ 07950-1287
cr             +U.S. BANK NATIONAL ASSOCIATION,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL  33487,   UNITED STATES 33487-2853
516839201      +Craner Satkin Scheer & Arnold  PC,   PO Box 367,   Scotch Plains, NJ 07076-0367
516839203      +Ctech Coll,   5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
516839207       New Century Financial Services, Inc.,   110 S Jefferson Rd.,   7 Entin Road,
                 Whippany, NJ 07981
516839209       Ocwen Loan Servicing/REO Properties,   PO Box 785056,   Orlando, FL 32878-5056
516839210      +Paul J Giblin, Esq.,   2 Forest Ave.,   Oradell, NJ 07649-1959
516839211      +Paul Michael Marketing,   15916 Union Tpke Ste 302,   Flushing, NY 11366-1955
516839213      +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516839216     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   50 Barrack Street,
                 PO Box 269,   Trenton, NJ 08695)
516839220      +STERN & EISENBERG, PC,   485B Route 1 South,   Suite 330,   Iselin, NJ 08830-3067
516839214      +Samuel A. Denburg, Esq.,   NEWMAN & DENBURG, LLC,   22-01 Broadway,   Fair Lawn, NJ 07410-3013
516839218       State of New Jersey,   Motor Vehicle Commision,   Surcharge Administration Office,   PO Box 136,
                 Trenton, NJ 08666-0136
516839217       State of New Jersey,   Automobile Insurance Surcharge,   P.O. Box 4775,
                 Trenton, NJ 08650-4775
516839219      +Stern & Eisenberg, P.C.,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3403
516839221      +Sunrise Credit Service,   260 Airport Plaza,   Farmingdale, NY 11735-4021
516955263      +U.S. Bank National Association,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853
516839223      +Wells Fargo Bank,   Mac-F8235-02f,   Po Box 10438,   Des Moines, IA 50306-0438
516896159      +Wells Fargo Bank, N.A. Home Equity Group,   1 Home Campus  X2303-01A,
                 Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: BNC@magtrustee.com Sep 26 2019 00:32:19      Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2019 00:31:39      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2019 00:31:36      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 00:32:51
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
516850185       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 26 2019 00:31:46
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
516839200      +E-mail/Text: EBNProcessing@afni.com Sep 26 2019 00:31:46      Afni,   Po Box 3427,
                 Bloomington, IL 61702-3427
516839202      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 26 2019 00:32:21
                 Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
516839204       E-mail/Text: cio.bncmail@irs.gov Sep 26 2019 00:30:50      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517102432       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2019 00:33:14
                 LVNV Funding LLC, C/O Resurgent Capital Services,   P.O. Box 10675,
                 Greenville, SC 29603-0675
517111643      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2019 00:31:35      MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517114035       E-mail/Text: jennifer.chacon@spservicing.com Sep 26 2019 00:32:31
                 Manufacturers and Traders Trust Company,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
516839206      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2019 00:31:35      Midland Funding, LLC,
                 8875 Aero Dr.,   San Diego, CA 92123-2255
516839208      +Fax: 407-737-5634 Sep 26 2019 00:49:53      Ocwen Loan Servicing, LLC,
                 1661 Worthington Road - Suite 100,   West Palm Beach, FL 33409-6493
517104342      +Fax: 407-737-5634 Sep 26 2019 00:49:53      Ocwen Loan Servicing, LLC,
                 Attn: Cashiering Department,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
516839212       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:45:53
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
517112040       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:33:50
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
517106689       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 01:08:54
                 Portfolio Recovery Associates, LLC,   c/o Brylane Home,   POB 41067,   Norfolk VA 23541
517106670       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:33:05
                 Portfolio Recovery Associates, LLC,   c/o Domestications,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2                    Date Rcvd: Sep 25, 2019
                              Form ID: pdf905          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517106753        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:34:34
                  Portfolio Recovery Associates, LLC,    c/o Metrostyle,    POB 41067,    Norfolk VA 23541
517106684        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:33:50
                  Portfolio Recovery Associates, LLC,    c/o Newport News,    POB 41067,    Norfolk VA 23541
516839215       +E-mail/Text: jennifer.chacon@spservicing.com Sep 26 2019 00:32:31
                  Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516841900       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 00:33:36      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516839222       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 26 2019 00:29:25
                  Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
516955504       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2019 00:33:15      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +U.S BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516839205*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516943132*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Manufacturers and Traders Trust Company, as trustee,
               on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1999-3
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam Rosenblatt    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Scott D. Sherman    on behalf of Joint Debtor LuAnn Reuter ssherman@minionsherman.com
              Scott D. Sherman    on behalf of Debtor William J. Reuter ssherman@minionsherman.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 10
```