Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17–20436–RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William J. Reuter | LuAnn Reuter |
| 43 Lindbergh Pkwy | 43 Lindbergh Pkwy |
| Waldwick, NJ 07463 | Waldwick, NJ 07463 |

Social Security No.:
  xxx–xx–4189                                     xxx–xx–6019

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Steven P. Kartzman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 7, 2019</u>                   <u>Rosemary Gambardella</u>
                                                      Judge, United States Bankruptcy Court